NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LASERFACTURING, INC. AND THE TWENTYFIRST CENTURY CORPORATION (DOING BUSINESS AS TC ARTS & LASERFACTURES),**
*Plaintiffs-Appellants,*

v.

**DAIMLERCHRYSLER CORPORATION (NOW OLD CARCO LIQUIDATED TRUST),**
*Defendant-Appellee.*

---

2009-1013

---

Appeal from the United States District Court for the Southern District of Texas in case no. 4:07-CV-00207, Judge Melinda Harmon.

---

## ORDER

Laserfacturing, Inc. et al. move without opposition to reinstate this appeal.

On January 13, 2012, this appeal was dismissed without prejudice to reinstatement because of Old Carco Liquidated Trust (OCLT)'s bankruptcy proceedings in the United States District Court for the Southern District of New York. Laserfacturing states that the bankruptcy

judge granted a limited modification of the plan injunction with respect to this appeal provided that the parties waive oral argument and forfeit any additional briefing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted. The case is ready to be assigned to a merits panel.

(2) A copy of the motion and this order shall be transmitted to the merits panel assigned to the case to inform the panel of the bankruptcy judge's order.

FOR THE COURT

FEB 03 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
     Frank C. Cimino, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2012

JAN HORBALY
CLERK